## Martin, Appellant, *v.* Lentz.

Submitted September 11, 1967. *Arthur E. Martin,* appellant, in propria persona; *Robert W. Lentz,* and *Lentz, Cantor & Kilgore,* in propria persona, for appellee.

Order affirmed.